# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **QUADEERAH CAMPBELL,** | |
| *Plaintiff*, | **Civil Action No. 18-14245** |
| v. | **ORDER** |
| **NCB MANAGEMENT SERVICES, INC.,** | |
| *Defendants.* | |

**THIS MATTER** comes before the Court <u>sua sponte</u> based on the failure of Plaintiff Quadeerah Campbell ("Plaintiff") to comply with the Court's February 13, 2019 Order to Show Cause, ECF No. 5;

and it appearing that the Honorable Leda Dunn Wettre issued a Report and Recommendation ("R&R") on March 21, 2019, in which she recommended that the Plaintiff's Complaint be stricken and the case dismissed without prejudice, ECF No. 6;

and it appearing that Plaintiff has not filed an objection to the R&R;

and it appearing that Judge Wettre properly applied the factors laid out in <u>Poulis v. State Farm Fire & Casualty Co.</u>, 747 F.2d 863, 868 (3d Cir. 1984) in determining that Plaintiff's Complaint should be stricken and the case dismissed under Federal Rules of Civil Procedure 16(f)(1) and 37(b)(2)(A), <u>see also</u> <u>Foreman v. Previziz</u>, No. 13-5807, 2015 WL 1931453 (D.N.J. Apr. 27, 2015);

and for the reasons set forth in Judge Wettre's R&R;

**IT IS** on this 10th day of December, 2019;

**ORDERED** that Judge Wettre's R&R is **ADOPTED** and the Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that this case is hereby **CLOSED**.


/s Madeline Cox Arleo
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**